April 27, 2010

Magistrate Judge Lois Bloom
U.S. District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201


RECEIVED
APR 27 2010
PRO SE OFFICE

622 Gipson St.
2nd. Flr. M.B. 116
Far Rockaway, NY
11691

Re: Bernadette Winston 09 civ 4792 (ARR)(LB)

Dear Judge Bloom:

I am unable to appear in Court on April 29, 2010 at 2:00pm due to me still seeking for counsel and I'm being treated for several medical problems, Depression, Seizure disorder and I also have a very bad ear infection in both of my ears having Problem hearing and dealing with very bad migraines, headaches lots of pain, So at this time can we please re-adjourn the case. 30 days

Attached is a Doctor's note.

any further information needed please feel free to call Dr. Gupta (718) 734-2716 or myself (718) 810-5537

Sincerely Yours
Bernadette Winston

The application is SO ORDERED.

___ /S/ ___
Lois Bloom, U.S.M.J.
Dated: 4/28/10
Brooklyn, New York

✓ granted.
___ denied.

The Court shall hold the conference in this action on 5/24/10 at 3:00 p.m. in Courtroom 11A.