P/F

PROSKAUER ROSE LLP
David H. Diamond
1585 Broadway
New York, New York 10036
212.969.3000
*ddiamond@proskauer.com*
Harris S. Freier
*hfreier@proskauer.com*
*Attorneys for Defendant/Third-Party Plaintiff*
New Mayfair Care Center, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BERNADETTE WINSTON,<br>                    Plaintiff,<br><br>v.<br><br>MAYFAIR CARE CENTER, INC.<br>          Defendant/Third-Party Plaintiff,<br><br><br>v.<br>COUNTY AGENCY,<br>               Third-Party Defendant. | Civil Action No. 09-cv-4792 (ARR) (LB)<br><br>**ECF CASE**<br><br><u>**NOTICE OF DISMISSAL PURSUANT**</u><br><u>**TO FED. R. CIV. P. RULE 41(a)(1)(A)(i)**</u> |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant/Third-Party Plaintiff New Mayfair Care Center, Inc. (improperly pled as "Mayfair Care Center, Inc." and referenced herein as "New Mayfair") by its undersigned counsel, Proskauer Rose LLP,  hereby voluntarily dismisses Third-Party Defendant County Agency pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 41(a)(1)(A)(i).

April 28, 2010

So ordered. S/ Judge Ross, USDJ
5/3/10

By:___/s/ Harris S. Freier_____
PROSKAUER ROSE LLP
David Diamond
Harris S. Freier
1585 Broadway
New York, New York 10036
212.969.3000
*Attorneys for New Mayfair Care Center, Inc.*